1. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET NEW YORK N.Y. 10007-1312

2. DALE EWERS
PLAINTIFF.
-AGAINST-

3. 1. SEPTEMBER 11TH VICTIM COMPENSATORY FUNDS.
* 4. 2. (Insurance Companies For All of These Funds)
DEFENDANT.

CASE NO: 19-CV-4600(CM)

Dated 5-31-2019

RESPONSE: TO Pyml Of FEES, IFP App, SAPP. Auth.

RECEIVED
SDNY PRO SE OFFICE
2019 JUN -5 PM 4:06
U.S. DISTRICT CT.
S.D. OF N.Y.

5. PLEA, PETITIONS FOR IMMEDIATE COURT RULINGS FOR THOURALL, ct. COMPOTENT, VERIFIABLE PROCESSING OF CLAIMS AGAINST THESE FUNDS AND MEDAL OF VALOR DOCTORINE ASSOCIATED WITH THESE FUNDS. AND "INSURANCE" COMPANIES.

6. Comes Now Plaintiff To The Honourable Court, Honourable Chief United States District Judge COLLEEN McMAHON To process These Claims And To Verify who I am, And My Positions / Duties AT Ground Zero W.T.C. The Following

This Honourable Court As Well As The Info Requested By The Court.

6. First Let Me State A BRIEF SYPNOSIS ADDT RE: HISTORY IN NEW YORK: Schools Attended P.S. 78, P.S. 103, JH.S. 135, I.S. 151, EVANDER H.S., BX C.C., LaGuardia. This To Help With Identification Process Etc.

7. Motion By Plaintiff In Conjuntion With "Response" AND/OR Submissions For Appointment Of Fed. Public Defender /OR Private Attorney Or Simply Stand By Attorney That I Can Call. Honourable Judge No Matter That I worked at Various Banks, Computer Stores, Hospitals, Medical Facilities In Senior Positions And Fantastic Common One i.e. C.N.A. EKG TECH. An Appointment Is Appripate, -OR- Assign A Pro Bono Lawyer In New York -OR- Various * Law * School * Clinics * FROM Columbia Law School OR C.U.N.Y. City Univ. New York My Almamater OR St Johns Univ. (Near My previous home In Lefrak City) Horace Harding Expressway Queens OR Fordam Univ. Bronx N.Y. Fordham Rd Where I Grew Up. OR Pace College OR ANY LAW CLINIC. Or PRO-SE Under Protest As The Laws Are Complex.

8. DEMAND Motion By Plaintiff To Defenders To Produce Forthwith Item 1. ALL Records With Plaintiff AKA Patrick Ewers B/M. 10-5-64 SS#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 Specifically 1. MY WORK LOG RECORDS, 2. MY PHOTOS/VIDEOS TAKEN AT SITE 3. MY CAR TAGS USED AT SITE ETC.

9. REQUEST 18c16c OF THE HONOURABLE COURT TO PROVIDE STAMPED ENVELOPES (10) PRE-ADRESSED BACK TO THE COURT'S ADRESS / Not To Show Any Favoritism To Any Party But to Ensure

Court Or Judge Should Know As A Prisoner Who Maintains His Innocence In Pre-Trial Indigent Are Allowed 1 ONE STAMPED ENVELOPE PER WEEK And Quite Frankly As A Foreign Extridiated Individual I have Not Gotten A STAMPED Envelope For Months At A Time, Verifiable As Attached I Send TO HONOURABE COURT/JUDGE An Account Statement Showing Ø$ For 2½ Years.

9.A. TO: HONOURABLE COURT EVEN IF I GOT 1 ONE ENVELOPE IT CAN ONLY HOLD 6-8 Pages Making It Necessary For A Court Order - To Clerks - To Provide ENVELOPES WITH STAMPED WITH PRE-PRINTED ADRESS OF THIS HONOURABE CT - THAT CANNOT BE USED FOR ANY OTHER PURPOSES. A COURT ORDERED

9.B. * STIPULATIONS THAT I AGREE TO IN ADVANCE IS IF ENVELOPES USED FOR ANY OTHER PURPOSES OTHER THAN TO CONTACT COR RESPONDE WITH COURTS/ ABOUT COURT BUSINESS, IMMEDIATE DISMISSAL.

9.C. AND OR - A WRITTEN COURT ORDER BY THIS HONOURABLE COURT JUDGE COLLEEN McMAHON TO P.T.D.C. CENTER Law Counslors/Captains/ Lt SPECIFICALLY

9.D. TO PROVIDE EXACTLY 10 STAMPED ENVELOPES FORTHWITH. As Honourable Sometimes Their Are Stabbing - Upheavals - Shutting Down Institutions For Weeks, Let ALONG RECENT HURRICANES - PERSONNEL ABSENT FOR WEEKS - SIMPLY NO SUPPLIES UNLESS THEY ARE COURT

SOME SIMPLE E-MAIL. ALSO BECAUSE THERE AS SO MANY FEDS IN JAIL (YES PRE-TRIAL) THEY TRY TO LIMIT THE AMOUNT OF PAPER ANY INMATE HAS - REGARDLESS OF COUSTODY OR SECURITY LEVEL.
Please Order Clerks To Provide The Stamped Envelopes.

10. Request AND OR Demand AND OR Motion to Compel the Defendants 1. 2 & 3 To produce THE CORPORATE NAMES AND ADRESSES OF ALL INSURANCE COMPANIES ASSOC. WITH THE FUNDS.
-AND-
WHILE THIS MAY BE A LENGHTY LIST A LIST OF SETTLEMENTS GRANTED TO W.T.C 9-11 VICTIMS, SPECIFICALLY MEDICAL FIRST RESPONDERS AND MORE SPECIFICALLY THE PERSONS AT AND ON MY DUTY STATION TENT WITH ME FOR 2-3 WEEKS, I Still Remember Not Only The Immediate Army Guards Behind Us. But Particularly One Person Male 5'10 180 lb Slim Build Who Was A Writer Student At A Local College, And A Female Only 5'6 Heavy Set Classes From Upstate N.Y. Medical Personnel And The White Female Thin Frame Appx 30Yrs

At the Main Coffee / Cake STAND Across From MY TENT. (Note There Were Several More Persons At the PLYWOOD STRUCTURE)

It Is Futhure Ironic To Me To Write To This Honourable Court At 500 Pearl St. As I was A BANK TELLER / AND HEAD TELLER AT 111 WALL ST CITIBANK, AND Foreign Currency Trader. M.H.T. Manufacturers Hanover Trust Bank 4-7 Irving PLAZA (Water ST) -AND- 560 Washington Street (Village) Before I Started Working In / WORKED AS Medical Fields.

DALE EWERS 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 9-13-63

PATRICK EWERS 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 10-5-1964.

I Never In My Wildest Dreams With All Of The Post 9-11 Hospitalization Thought It had Something To do With It. While living In Cluster (BEVERLY HOSPITAL) I Got 2-3 Letters From Lawyers Saying To Contact Them. I THOUGHT THEY WERE <u>DIRTY PUNKS</u>

Several Hospitals Later I no Longer think SO.

PLAINTIFF:

DALE EWERS P.T.D.C. 170122625

1300 N.W. 13TH ST MIAMI FL 33125

DEFENDANTS:
SEPTEMBER 11th VICTIM
COMPENSATORY FUNDS.
(Insurance Companies For All Of
These Funds)
ADRESSSES Includes:
2308 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON D.C. 20515
AND ADRESS
WORLD TRADE CENTER HEALTH PROGRAMS
NATIONAL INSTITUTION FOR SAFETY
AND HEALTH
395 E. STREET, SW
SUITE # 9200
WASHINGTON, D.C. 20201
U.S. HOUSE OF REPRESENTIVES (N.Y.)
WASHINGTON, D.C. 20515.

APPENDIX: Is My HandWriting Good. / NO
Are My Legal Prowless OK / NO
But The Facts SPeak For ThemSelf.
Just Ask BLUE-CROSS BLUE-SHIELD
ABOUT 4 TO 5 H.M.O. AND
MEDICAID AND MEDICARE ALMOST
All DROPPED ME FROM THEIR
MEDICAL PLANS.

CERTIFICATE OF SERVICE:

 P1.

1. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

500 PEARL STREET NEW YORK N.Y. 10007-3312

2. DALE EWERS,
PLAINTIFF
-AGAINST-
3. EMPIRE STATE RECOVERY FUND:
4. EMPIRE STATE DEVELOPMENT
5. (EMPIRE STATES INSURORS ALL)
DEFENDANTS:

CASE NO:
19-CV-4599 (CM)

DATE: 5-31-19

RESPONSE: To Direct Pymts Fees, IFP And P. Auth.

6. Demand, Petition, Plea, Motions To This Honourable Court, To The Honourable Chief U.S. District Judge COLLEN FOR A COURT RULINGS, ON EACH OF THE SUBSIQUENT ITEMS FOR SPEEDY CONCISE PROCESSING, VERIFICATION OF ME (IDENTIFICATION ETC.) AND TO AVOID ANY CONFICTS AT ALL, ITEMS ALSO CAN BE GIVEN
** 7. TODAY TO THE DEFENDANTS.

First Honourable Court And Honourable Judge Colleen Mc Mc Mahon As Well As Filing Out I.F.P. And Fee Apps

MOTION IS MADE by Plaintiff
To Obtain [illegible]

And Phone Numbers As Well As Corporate Attornies Name Adress + Phone Numbers Of The Listed Defendants FORTHWITH.

This DEMAND/ REQUEST/ MOTION Is Made To Not Impede Court Proceedings To Ensure A Just Outcome And To Facalite The Smooth Transfer Of Any Informations Needed To/

1. Verify MY PERSON. (ID)
2. Verify MY WORK HISTORY AT/ W.T.C. GROUND ZERO.
3. Verify MY NUMEROUS MEDICAL HISTORY, INCLUDING CURRENTLY. ETC...

DALE AINSLEY LEO EWERS DOB 9-13-63
SS# 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
* A.K.A. WORKED AS 9-11 PATRICK EVERETTE THEODORE EWERS
DOB 10-5-1964 SS# 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
PATRICK EWERS

N.Y, FL, CALIF, WASH STATE, N.J, * MASS DRIV* LIC
ALL SHOWING PLAINTIFF.

MOTION - PLEA - BEGGING HONOURABLE As An Impartial Person Entity To Provide PRE-ADRESS STAMPED ENVELOPES WITH COURT/ JUDGES or CLERK OF COURT PRE-PRINTED

23

MOTION PLEASE APPOINT ANY COUNSEL, ANY "PRO-BONO" ANY - LAWSCHOOL, ANY AGENCY TO ASSIST IN, FILING, PROCESSING CLAIMS ETC......,

When I Worked At 9-11 I GAVE IT MY ALL IF Anything I PHONE NO # FOR STATUS UP-DATE THAT CAN BE ACESSED AT P.T.D.C. -OR- A WRITTEN COURT ORDER TO P.T.D.C. To Use Phone Only To Contact Court. HOW AM I TO CALL COLLECT ??? Unless Clerk Of Court Is Court Ordered???

CERTIFICATE OF SERVICE:

I Certify The Information Per Information Is As Accurate Truthful As I Can

P4.

REMEMBER, UNDER PENALTY OF PERJURY
I Ask All Parties Be Notified.
IE! DEFENDANTS AT EVERY ADRESS
IN INITIAL FILINGS OR ANY
MORE THIS COURT, THIS CLERK,
THOSE MARSHALS DEEM FIT. BY
ANY MEANS.

DALE EWERS Dale Ewers MAY 31-2019
PRINT SIGNATURE DATE

APPENDIX THERE IS NO LAW LIBRARY →
AND LEGAL COUNSEL IN SPORADIC →
DESPITE "GREY" "MAIL" "BOX" FOR
LEGAL - MEDICAL - GRIEVANCES - PERSONAL
ISSUES PLUS MORE THEY ARE OVERWHELME[D]

RESPECTFULLY SUBMITTED. DALE EWERS 1321 N.W. 13th ST MIAMI FL 33125

RESPECTFULLY SUBMITTED:

NOT JUST TO THIS MOST HONOUR-ABLE COURT BUT RESPECT-FULLY TO THE DEFENDANTS ALSO AS I DID NOT KNOW ABOUT ALL OF THESE MEDICAL PROBLEMS DESPITE BEEN IN SO MANY HOSPITALS AND CLINICS.

BY DADE ENEAS P.T.D.C. 1321 N.W. 13TH ST. MIAMI FLORIDA 33125

1701 22625 MAY. 31. 2019.

I Certify That the Information And Statements Are True And Correct UPON PERSONAL KNOWLEDGE And Information And Belief Under Penalty Of PerJury

Additionally To The Honourable Court, To The Clerk Of Court, To The Marshalls ETC: Please Provide COPIES OF THIS FILING TO ALL ADRESSES IN THIS FILING AND ALL FILING ADRESSES ON RECORD OR ANY OTHERS YOU DEEM FIT (COURT).

DALE EWERS — Dale Ewers — MAY 31, 2019

PRINT — SIGNATURE — DATE

The Pre-Trial Detention Center
1321 NW 13th Street
Miami, FL 33125

MIAMI FL 331
29 MAY 2019 PM 2 L

FOREVER / USA

RECEIVED
SDNY PRO SE OFFICE
2019 JUN -5 PM 4:06

S.D. OF N.Y.

MAY 29 A 7:58

UNITED STATES DISTRICT
COURT
SOUTHERN DISTRICT OF
NEW YORK

Attn: Clerk Of Court / Chief U.S. District Judge: COLLEN McMahon
& Dpty. Clerks
U.S. COURTHOUSE 500 PEARL ST.
NEW YORK N.Y. 10007
3312

1000731319

NAME: EWERS, DALE A
JAIL NUMBER: 170122625
LOCATION: P.T.D.C. PTXA3
LUNCH/KOSHER DIET
DATE: 05/27/2019

1321 NW 13TH ST MIAMI
FL 33125