USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-5-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE EWERS
(full name of the plaintiff/petitioner)

19 CV-4599 (CM)

-against-

19 CV 4600 CM ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

EMPLAER STATE FUNDS
EMPLAER STATE DEVELOPMENT
SEPTEMBER 11TH VICTIM COMPENSATION FUND
(INSURORS FOR ALL ABOVE)
(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

MAY 31, 2019
Date

Dale Ewers
Signature

EWERS DALE, AINSLEY LEO
Name (Last, First, MI)

1701-22-625
Prison Identification #

1321 N.W. 13TH ST. MIAMI FL 33125
Address City State Zip Code

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).