MANDATE

N.Y.S.D. Case #
19-cv-4600(CM)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand and nineteen,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: Jan 29 2020

---

Dale Ewers,

Plaintiff - Appellant,

v.

September 11 Victim Compensation Fund,

Defendant - Appellee.

---

**ORDER**
Docket No. 19-3095

A notice of appeal was filed on September 25, 2019. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed November 12, 2019.

Appellant is in default of filing the prisoner authorization form.

IT IS HEREBY ORDERED that this appeal will be dismissed effective December 10, 2019 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/29/2020